# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 19, 2013

## NO. 03-12-00683-CV

**Texas Department of Public Safety, Appellant**

**v.**

**W. W., Appellee**

## APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
## REVERSED AND RENDERED -- OPINION BY JUSTICE FIELD

This is an appeal from the order signed by the trial court on September 14, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and renders judgment as follows: appellee's petition for expunction is denied. Further, pursuant to the appellant's prayer for relief, we order that all relevant documents that have been turned over to the district court, or to appellee or his counsel, be returned to the submitting agencies. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.